[No. 15543.   Department One.   February 17, 1920.]

L. F. BICKENBACH, *Respondent*, v. W. P. MAURMANN *et al.*,
*Appellants.*[1]

Appeal from a judgment of the superior court for Pierce county,
Card, J., entered March 25, 1919, upon findings in favor of the
plaintiff, in an action for damages to property sustained through an
automobile collision.   Affirmed.

. *Govnor Teats, Leo Teats*, and *Ralph Teats*, for appellants.

*Williamson, Williamson & Freeman*, and *Rex S. Roudebush*, for
respondent.

PER CURIAM.—Automobiles owned and driven by the respondent
and appellant, respectively, came into collision at the corner of
17th and Market streets, in the city of Tacoma, on the evening of
November 18, 1918.   Each claims that the other was driving in a
careless manner and that such carelessness was the occasion of the
collision.   The matter was submitted on testimony by both sides
to the trial court, who found the facts in favor of the respondent.

A reading of the record does not show that the facts preponder-
ate against the finding of the trial court.   For that reason we will
not disturb the result.

Some objection is made to the testimony as to the matter of
damages, the claim being that the experts called on behalf of the
respondent were not properly qualified.   We find no merit in this
point, and affirm the judgment of the lower court.